| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)<br>Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
Facsimile: (510) 637-3724

Attorneys for Plaintiff

**FILED**
DEC 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**E-filing**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00388 RMW |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | STIPULATION TO RE-SET |
| | ) | SENTENCING |
| CARR W. JOHNSON, | ) | |
| | ) | Date: January 23, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | |
| | ) | Before The Honorable Ronald M. Whyte |

## ORDER

Based upon the Stipulation filed by the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the sentencing of Carr W. Johnson originally scheduled for January 23, 2006 is re-scheduled to March 27, 2006 at 9:00 a.m.

DATED: 12/21/05

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Distribute to:

Robert M. Price
Law Offices of Robert M. Price, P.C.
6424 Earlham Drive
Bethesda, MD 20817
Counsel for Defendant Carr W. Johnson

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff United States

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET SENTENCING
No. CR 05-00388 RMW