KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 4/14/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00388 RMW |
| Plaintiff, | |
| v. | [] ORDER GRANTING STIPULATION TO RE-SET SENTENCING |
| CARR W. JOHNSON, | Date: March 27, 2006 |
| Defendant. | Time: 9:00 a.m. |
| | Before The Honorable Ronald M. Whyte |

**[] ORDER**

Based upon the Stipulation filed by the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the sentencing of Carr W. Johnson scheduled for March 27, 2006 is re-scheduled to June 19, 2006 at 9:00 a.m.

.

DATED: 4/14/06

   /S/ RONALD M. WHYTE
   RONALD M. WHYTE
   United States District Judge

Distribute to:

| | |
|---|---|
| Robert M. Price | H. H. (Shashi) Kewalramani |
| Law Offices of Robert M. Price, P.C. | Assistant United States Attorney |
| 6424 Earlham Drive | 1301 Clay Street, Suite 340S |
| Bethesda, MD 20817 | Oakland, CA 94612 |
| Counsel for Defendant Carr W. Johnson | Counsel for Plaintiff United States |

[] ORDER GRANTING STIPULATION TO RE-SET SENTENCING
No. CR 05-00388 RMW