1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3717
7  Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION         *E-FILED -  6/15/06*

12 UNITED STATES OF AMERICA,        )   No. CR 05-00388 RMW
                                    )
13        Plaintiff,                )
                                    )   ORDER GRANTING
14        v.                        )   STIPULATION TO RE-SET
                                    )   SENTENCING
15 CARR W. JOHNSON,                 )
                                    )   Date: June 19, 2006
16        Defendant.                )   Time: 9:00 a.m.
                                    )
17 _____ )   Before The Honorable Ronald M. Whyte

18                           **ORDER**

19    Based upon the Stipulation filed by the parties and good cause appearing therefor,

20    **IT IS HEREBY ORDERED** that the sentencing of Carr W. Johnson originally scheduled

21 for June 19, 2006 is re-scheduled to July 24, 2006 at 9:00 a.m.

22 .

23 DATED:  6/15/06                    /S/ RONALD M. WHYTE
                                      _____
24                                    RONALD M. WHYTE
                                      United States District Judge
25 Distribute to:

26
   Robert M. Price                    H. H. (Shashi) Kewalramani
27 Law Offices of Robert M. Price, P.C.   Assistant United States Attorney
   6424 Earlham Drive                  1301 Clay Street, Suite 340S
28 Bethesda, MD 20817                  Oakland, CA 94612
   Counsel for Defendant Carr W. Johnson   Counsel for Plaintiff United States

ORDER GRANTING STIPULATION TO RE-SET SENTENCING
No. CR 05-00388 RMW