

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG - 3 2006

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States of America

                Plaintiff(s),
v.
Carr V. Johnson

                Defendant(s).

CASE NO. CR 05 00388 RMW

~~(Proposed)~~

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Robert M. Price, an active member in good standing of the bar of US District Court for Maryland (particular court to which applicant is admitted) whose business address and telephone number is 6259 Executive Boulevard, Rockville, MD 20852, tel. (301) 564-1449, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Carr V. Johnson

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/3/06

*Ronald M. Whyte*
United States District Judge