KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 10/23/06*

| UNITED STATES OF AMERICA, | ) No. CR 05-00388 RMW |
|---|---|
| Plaintiff, | ) [] ORDER GRANTING |
|  | ) SECOND STIPULATION TO EXTEND |
|  | ) SELF SURRENDER DATE |
| v. | ) |
|  | ) Date: October 23, 2006 |
| CARR W. JOHNSON, | ) Before The Honorable Ronald M. Whyte |
|  | ) |
| Defendant. | ) |

   Based upon the foregoing Stipulation and good cause appearing therefor,

   **IT IS HEREBY ORDERED** that the surrender of Carr W. Johnson scheduled for October 24, 2006 is re-scheduled to January 3, 2007 at 2:00 p.m.

DATED: 10/23/06

   /s/ Ronald M. Whyte
   RONALD M. WHYTE
   United States District Judge

Distribute to:

Robert M. Price
Law Offices of Robert M. Price, P.C.
6424 Earlham Drive
Bethesda, MD 20817
Counsel for Defendant Carr W. Johnson

[] ORDER GRANTING SECOND STIPULATION TO RE-SET SELF SURRENDER DATE
No. CR 05-00388 RMW

1
2  H. H. (Shashi) Kewalramani
   Assistant United States Attorney
3  1301 Clay Street, Suite 340S
   Oakland, CA 94612
4  Counsel for Plaintiff

5   cc: U.S. Marshals
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[] ORDER GRANTING SECOND STIPULATION TO RE-SET SELF SURRENDER DATE
No. CR 05-00388 RMW                      2