KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
Facsimile: (510) 637-3724
E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARR W. JOHNSON,<br><br>    Defendant. | No. CR 05-00388 RMW<br><br>[PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND SELF SURRENDER DATE<br><br>Date: December 20, 2006<br>Before The Honorable Ronald M. Whyte |

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the surrender of Carr W. Johnson scheduled for January 3, 2007 is re-scheduled to May 4, 2007 at 2:00 p.m.

DATED: 12/28/06

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Distribute to:

| | |
|---|---|
| Robert M. Price<br>Law Offices of Robert M. Price, P.C.<br>6424 Earlham Drive<br>Bethesda, MD 20817<br>Counsel for Defendant Carr W. Johnson | H. H. (Shashi) Kewalramani<br>Assistant United States Attorney<br>1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Counsel for Plaintiff |

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO RE-SET SELF SURRENDER DATE
No. CR 05-00388 RMW